Stuart A. MIDDLETON, Plaintiff—Appellant,

v.

G.A. JONES; J. Schiffiano; John Davis, Sergeant; H. Webster; S. Warren, Defendants—Appellees.

No. 05–7525.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: March 2, 2006.

Stuart A. Middleton, Appellant Pro Se.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stuart A. Middleton appeals from the district court's order denying his third motion for reconsideration of the dismissal of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Middleton v. Jones,* No. CA–04–406 (E.D.N.C. Aug. 18, 2005). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*